# IN THE SUPREME COURT

DISPOSITION OF PETITIONS FOR DISCRETIONARY REVIEW UNDER G.S. 7A-31

9 OCTOBER 2014

| 196P14 | City of Asheville v. Roger S. Aly | 1. Plt's Motion for Temporary Stay (COA13-720) | 1. Allowed **06/12/2014** Dissolved **10/09/2014** |
| | | 2. Plt's Petition for *Writ of Supersedeas* | 2. Denied |
| | | 3. Plt's PDR Under N.C.G.S. § 7A-31 | 3. Denied |
| 203P10-2 | State v. Carl Steve Owens | Def's *Pro Se* Petition for *Writ of Certiorari* to Review Order of Superior Court of Cherokee County | Dismissed **Jackson, J., recused** |
| 210P14 | State v. Donald Ray Cline, Jr. | Def's Petition for *Writ of Certiorari* to Review Order of the COA (COAP13-316) | Dismissed |
| 217P14 | Ehab Abdelaziz v. Mohammed Asmar, Khalid Ayoub Alnabulsi, and Suma, Inc., d/b/a XPRESS 13, a dissolved NC Corporation | 1. Plt's PDR Under N.C.G.S. § 7A-31 (COA13-1424) | 1. Denied |
| | | 2. Def's Conditional PDR Under N.C.G.S. § 7A-31 | 2. Dismissed as Moot |
| 228P14 | State v. Robert Leviticus McKoy | 1. State's Motion for Temporary Stay (COA13-1071) | 1. Allowed **07/03/2014** Dissolved **10/09/2014** |
| | | 2. State's Petition for *Writ of Supersedeas* | 2. Denied |
| | | 3. State's PDR Under N.C.G.S. § 7A-31 | 3. Denied |
| 230P14 | State v. Severn Lee Williams | Def's PDR Under N.C.G.S. § 7A-31 (COA13-1250) | Denied **Jackson, J., recused** |
| 231P14 | Ray Horton Hunt v. Lindsay Nicole Durfee (now Collinsworth) | Plt's PDR Under N.C.G.S. § 7A-31 (COA13-1443) | Denied |